UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
) Civ. No. 04-11509-RWZ
v. )
)
DOUGLAS TATRO )

## GOVERNMENT'S MOTION TO EXTEND TIME

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Michael D. Ricciuti, Assistant U.S. Attorney, and hereby moves for and extension of time, from August 2, 2004 to August 27, 2004, to respond to Tatro's motion.

A grounds therefore, the government requests additional time to gather the transcripts of the trial and sentencing in this matter, both of which are challenged by Tatro; to speak with Tatro's former counsel, whose performance is at issue in this matter; and to prepare a response. In addition, the government seeks time to explore whether Tatro's prior motion to dismiss filed after his conviction constitutes a prior petition under 28 U.S.C. §2255, a potential complicating procedural issue. In addition, the undersigned is involved with security for the Democratic National Convention, and expects to be unavailable for a portion of the week of July 18 and for virtually all of the week of July 25, and hopes to take a family vacation during all of part of the weeks of August 1 and 8.

For the foregoing reasons, the government respectfully requests an extension of time from August 2 to August 27, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
MICHAEL D. RICCIUTI
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery to Douglas Tatro, #23151-038, Federal Medical Center (Devens), PO Box 879, Ayer, MA, 01432, this 19th day of July, 2004.

_____
MICHAEL D. RICCIUTI
ASSISTANT UNITED STATES ATTORNEY