DOUGLAS E. TATRO
#23151-038 UNIT I
F.M.C DEVENS
P.O. BOX 879
AYER MA 01432



Assigning New Council Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston MA 02210

Aug. 9, 2004

RE: **Requesting information of new appointed council:**

Dear Assigning Clerk,

   On or about July 2, 2004 Honorable Judge Rya W. Zobel allowed an appointment of new council to me. Case number 04-11509RWZ.

   As of the date of this letter I have not received notice. If new council has been assigned to me could you please send me the name, address and phone number of my new court appointed council.

   Please mail to me at the above address. If one has not been assigned yet could you also let me know.


Most Respectfully,

Douglas E. Tatro