UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
                                ) Civ. No. 04-11509-RWZ
         v.                     )
                                )
DOUGLAS TATRO                   )

## GOVERNMENT'S SECOND MOTION TO EXTEND TIME

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Michael D. Ricciuti, Assistant U.S. Attorney, and hereby moves for and extension of time, from August 27, 2004 to September 17, 2004 to respond to Tatro's motion.  The Court previously extend the time from August 2 to August 27, 2004.

A grounds therefore, the government submits that this case raises both trial and sentencing issues.  The undersigned has spoken to prior counsel for Tatro, and has begun to gather the record in this matter.  The government submits that this case thus raises a number of procedural (e.g., whether Tatro's prior motion to dismiss filed after his conviction constitutes a prior petition under 28 U.S.C. §2255, such that this is a second or successive petition) and substantive issues which must be addressed.  A continuance to comprehensively address these matters thus is in the interests of justice

For the foregoing reasons, the government respectfully requests an extension of time from August 27, 2004 to September

1

17, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

MICHAEL D. RICCIUTI
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the
foregoing document by depositing in the United States mail a copy
of same in an envelope bearing sufficient postage for delivery to
Douglas Tatro, #23151-038, Federal Medical Center (Devens), PO
Box 879, Ayer, MA, 01432, this 16th day of August, 2004.

MICHAEL D. RICCIUTI
ASSISTANT UNITED STATES ATTORNEY

2