DOUGLAS E. TATRO
23151-038
F.M.C. DEVENS
P.O.BOX 879
AYER MA.   01432

August 17, 2004

Honorable Rya W. Zobel,
District Court Judge
United States District Court
District of Massachusetts
One Courthouse Way
Boston Massachusetts   02210

RE: <u>Civ. No. 04-11509-RWZ OPPOSITION TO GOVERMENTS SECOND MOTION TO EXTEND
    TIME/UNITED STATES V. TATRO</u>

Dear Judge Zobel:

    This affirmation is submitted in opposition to the goverment's second motion to extend it's time to answer my application pursuant to section §2255. I oppose this request vigorously. The government has had more than enough time to prepare and answer the petition.

    The First Circuit remanded this case to your honor with directions to proceed promptly on or about June 30, 2004. You initially directed the government to answer by August 2, 2004. You then granted a motion by the government to answer by August 27, 2004. Now I have received an undated motion to further extend the time to answer by September 17, 2004. This motion is made approximately two weeks prior to the due date. Why couldn't they spend their time preparing a proper answer so that we can proceed on the merits.

    My motion is based upon ineffective assistance of council at the time of trial. The Assistant United States Attorney states that he has interviewed my former attorney so he should have all the information necessary to prepare his response.

    The AUSA also makes mention of a prior motion to dismiss which was based upon the failure of the United States Attorney to qualify and file his "Oath of Office" in a timely fashion prior to my indictment. This "motion" was never docketed, answered by the government or ruled upon by the Court. It has been treated as a non entity by all concerned until this time. To the best of my knowledge it was never docketed and I never received a decision or response. I have presumed that it was rejected by the Court.

page 2
August 17, 2004

In any event the Circuit Court has directed that this case go forward and I suggest and request that if necessary it's Order be deemed a consent to a second or successive motion.

I respectfully request that the governments motion for a further extension be denied so that we can proceed on the merits.

I hereby certify under the penalties of perjury the above statements are true and accurate.

Dated August 17, 2004

Most Respectfully Submitted,

*Douglas E. Tatro*

Douglas E. Tatro