UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOUGLAS E. TATRO,

               Petitioner,

v.

UNITED STATES OF AMERICA,

               Respondent.

Civil Action No. 04-CV-11509

## NOTICE OF APPEARANCE

Please take note that Nancy Rue, Assistant United States Attorney for the District of Massachusetts, will be appearing on behalf of the United States of America in this action.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
NANCY RUE
Assistant U.S. Attorney
9200 J. Jos. Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210
(617) 748-3260

Dated: September 17, 2004

2

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the U.S. mail a copy of the same in an envelope bearing sufficient postage for delivery:

    Douglas E. Tatro
    Inmate # 23151-038
    FMC Devens
    PO Box 879
    Ayer, MA  01432

                                /s/
                              Nancy Rue