# GLEASON LAW OFFICES

A PROFESSIONAL CORPORATION
163 MERRIMACK STREET
HAVERHILL, MA 01830

SCOTT F. GLEASON
THOMAS J. GLEASON*
SEAN P. GLEASON
WILLIAM P. BOLAND
MELISSA J. LEWANDOWSKI

TELEPHONE (978) 521-4044
FAX (978) 521-3738

September 16, 2004

<u>**VIA FAX TRANSMITTAL**</u> *(617) 748-3965*

Nancy Rue, Assistant U.S. Attorney
UNITED STATES DEPARTMENT OF JUSTICE
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Re:  <u>**Douglas E. Tatro**</u>

Dear Ms. Rue:

I am in receipt of your facsimile this date.

As we discussed yesterday I am extremely reluctant to provide any response which may violate my duty of confidentiality without a Court Order or the expressed permission of Mr. Tatro.

I have reviewed Mr. Tatro's allegations in his letter of April 6, 2004 to Judge Zobel with great scrutiny and although I would relish the opportunity to respond I must reiterate as I have prior hereto stated...I will only respond in a manner that would be in compliance with my ethical obligation.

I await your advise.

Thank you.

Very truly yours,

Scott F. Gleason

SFG/mkf

*ADMITTED TO PRACTICE IN MASSACHUSETTS AND NEW HAMPSHIRE