DOUGLAS E. TATRO
#23151-038
F.M.C. DEVENS
P.O. BOX 879
AYER, MA.   01432

September 20, 2004

Honorable Rya W. Zobel
District Court Judge
United States District Court
District of Massachusetts
One Courthouse Way
Boston, Massachusetts  02210

RE: **Request extention of time to answer to Governments briefs. Case #04-11509RWZ.**

Dear Judge Zobel:

    I am writing to request an extention of time of 20 days after I have had counsel appointed. As of this date I have not received any notification of my new counsel that was ordered by your honor on July 2, 2004.

    I have also not received the Government's answer to my §2255 petition that was due by September 17, 2004, upon a second -and last- extension.

    I have written twice to the Office of The Federal Defender to find out who has been appointed as my new counsel to no avail.

    For the foregoing reasons. I respectfully request an extension of time of 20 days so that I have a chance to confer with my new counsel.

Respectfully submitted,

*Douglas E. Tatro*
Douglas E. Tatro