UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-11509-RWZ

DOUGLAS TATRO
v.
UNITED STATES OF AMERICA

**DEFENDANT'S MOTION TO ENLARGE TIME  [ASSENTED]**

The undersigned counsel moves this Honorable Court pursuant to F.R. Crim.P 45(b) to enlarge the time to file a responsive pleading and/or amend the initial pro se pleading for forty five days or until December 12th, 2004.  Counsel is recently assigned to this case, and was not trial or appellate counsel. Since her appointment, she has only recently obtained the documents needed in this case which are voluminous, including a box of trial transcripts from the government and two large boxes of materials from Attorney Gleason including several videotapes.  The defendant wishes to be actively engaged in his petition and has requested a personal visit.  As he is housed in Ayer, Massachusetts, more than two hours from Boston, a full day will be required for the visit.

The undersigned counsel has been engaged in writing the brief in United States v. Felton, (Docket Nos; 02-2414; 03-1089; 03-1441), which was due on October 14, 2004, and, only recently obtained the materials

The government has assented to this motion.

WHEREFORE, the motion should be allowed, in the interests of justice.


Respectfully submitted,
DOUGLAS TATRO
By her attorney                                              Assented by:

  /S/ Lenore Glaser                                            /S/ Nancy Rue
Lenore Glaser, Esq.                                       Nancy Rue, Esq.
25 Kingston Street, 6th Floor                         Assistant U.S. Attorney
Boston, Ma. 02111                                        U.S. District Court
(617) 159-9988                                              1 Courthouse Way, Suite 9200
BBO #: 194220                                             Boston, MA 02210


Dated: October 19, 2004

Case 1:04-cv-11509-RWZ     Document 10     Filed 10/19/2004     Page 2 of 2