UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-11509-RWZ
DOUGLAS TATRO
v.
UNITED STATES OF AMERICA

## DEFENDANT'S MOTION TO ENLARGE TIME  [ASSENTED]

The undersigned counsel moves this Honorable Court pursuant to F.R. Crim.P 45(b) to enlarge the time to file a responsive pleading and/or amend the initial pro se pleading until January 14, 2005.  This motion replaces the defendant's previous motion to enlarge time which was filed on October 19, 2004.

The undersigned counsel requests this extension of time because the issues in this *habeas* petition are complex.  The counsel has reviewed the trial transcripts and the box of documents provided by the trial counsel.  With the defendant, she has compiled a list of possible issues for the appeal. As this appeal is treated like a *habeas*, the defendant must raise all issues at this stage.  This requires a review of the trial proceedings, the sentencing component and the appeal.  The government has also challenged the petition on timeliness which also must be researched and defended.

This counsel will begin a trial on December 1st. 2005.  She has an appellate brief due in the First Circuit on January 11, 2005.  Because of the holidays, she has requested the date of January 14, 2005 to submit all documents.

The government has assented to this motion.

WHEREFORE, the motion should be allowed, in the interests of justice.

Respectfully submitted,
DOUGLAS TATRO
By her attorney                         Assented by:

  /S/ Lenore Glaser                        /S/ Nancy Rue
Lenore Glaser, Esq.                     Nancy Rue, Esq.
25 Kingston Street, 6th Floor           Assistant U.S. Attorney
Boston, Ma. 02111                       U.S. District Court
(617) 159-9988                          1 Courthouse Way, Suite 9200
BBO #: 194220                           Boston, MA 02210

Dated:November 30, 2004