UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-11509-RWZ

DOUGLAS TATRO
v.
UNITED STATES OF AMERICA

**PETITIONER'S MOTION TO ENLARGE TIME  [ASSENTED]**

The undersigned counsel moves this Honorable Court pursuant to F.R. Crim.P 45(b) to enlarge the time to file a responsive pleading and/or amend the initial pro se pleading until January 31, 2005.

The undersigned counsel requests this extension of time because of the loss of time due to the weather.

The government has assented to this motion.

WHEREFORE, the motion should be allowed, in the interests of justice.

Respectfully submitted,
DOUGLAS TATRO
By his attorney                                              Assented by:

  /S/ Lenore Glaser                                            /S/ Nancy Rue
Lenore Glaser, Esq.                                         Nancy Rue, Esq.
25 Kingston Street, 6th Floor                               Assistant U.S. Attorney
Boston, Ma. 02111                                           U.S. District Court
(617) 159-9988                                              1 Courthouse Way, Suite 9200
BBO #: 194220                                               Boston, MA 02210

Dated:  January 26, 2005