UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-11509-RWZ

DOUGLAS TATRO
v.
UNITED STATES OF AMERICA

**PETITIONER'S MOTION TO ENLARGE TIME**

The undersigned counsel moves this Honorable Court pursuant to F.R. Crim.P 45(b) to enlarge the time to file a responsive pleading and/or amend the initial pro se pleading by one day, until February 1, 2005.

The undersigned counsel requests this extension of time because of production difficulties.

WHEREFORE, the petitioner prays that this motion be allowed in the interests of justice.

Respectfully submitted,
DOUGLAS TATRO
By his attorney

  /S/ Lenore Glaser
Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, Ma. 02111
(617) 159-9988
BBO #: 194220

Dated:  January 31, 2005