UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DOUGLAS E. TATRO** )<br>)<br>v. )<br>)<br>)<br>**UNITED STATES OF AMERICA** ) | Civil No. 04-CV-11509-RWZ |

**GOVERNMENT'S MOTION FOR ORDER RELATING TO WAIVER
OF ATTORNEY-CLIENT PRIVILEGE**

Douglas Tatro has moved under 28 U.S.C. § 2255 for relief from his sentence based on ineffective assistance of counsel. In his amended motion, Tatro makes specific allegations as to communications with counsel. See Affidavit of Tatro, ¶¶ 3-13.

Gleason has generally asserted by telephone that the allegations by Tatro are false. However, he has declined to respond specifically regarding communications with Tatro, asserting:

> Please be advised that I am unable to respond in anyway [sic] to the allegations of Mr. Tatro because of my continued obligation of confidentiality relative to my work with him.

Letter dated March 2, 2005, attached as Exhibit 1.

**ARGUMENT**

An individual who asserts ineffective assistance of counsel in a petition for habeas corpus waives "any privilege that might apply to the contents of his conversations with those attorneys to the extent those conversations bore on his attorneys' strategic choices." Johnson v. United States, 256 F.3d 1156

(11th Cir. 2001).  See also Mason v. Mitchell, 293 F. Supp. 2d 819, 823 (N.D. Oh. 2003) (habeas petitioner alleging ineffective assistance waives privilege to the extent that he puts communications with counsel at issue).

In this case, Tatro asserts that his counsel failed to talk with him about the possibility of pleading guilty, about the scope of possible sentences, and about the possible means of obtaining reductions under the Guidelines.  Therefore, Tatro has waived the attorney-client privilege as to his past communications with Tatro regarding these topics.

## CONCLUSION

For the reasons set forth above, the government respectfully moves for an Order holding that Tatro has waived the attorney-client privilege regarding the communications with counsel which he puts into issue in his petition for habeas corpus.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          UNITED STATES ATTORNEY

                              By: /S/ Nancy Rue
                                  NANCY RUE
                                  Assistant U.S. Attorney
                                  One Courthouse Way
                                  Boston, MA 02210