UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-11509-RWZ

DOUGLAS TATRO
v.
UNITED STATES OF AMERICA

**PETITIONER'S MOTION FOR THE EXPENDITURE OF FUNDS**

The petitioner, DOUGLAS TATRO, pursuant to 18 U.S.C. 3006A, requests the Court to authorize the expenditure of funds of a court reporter for a deposition. The estimated cost is $550.00. Mr. Tatro has already been determined to be indigent and is represented in this matter by appointed counsel.

Respectfully Submitted,
DOUGLAS TATRO
By his attorney,

  /s/ Lenore Glaser                              Dated: March 17, 2005
Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02111
(617) 753-9988
BBO # 194220