UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-11509-RWZ

DOUGLAS TATRO
v.
UNITED STATES OF AMERICA

**JOINT MOTION TO CONTINUE THE HEARING DATE**

The parties jointly move this Honorable Court to continue the hearing date which is presently scheduled for April 21, 2005. The deposition of Attorney Gleason could not be scheduled until April 14th, 2005. The stenographer will not provide a transcript for at least two weeks. This additional time will also permit the parties to review the deposition and possibly provide the Court with a stipulated set of facts and a narrow set of issues.

The parties suggest a hearing date of May 6, May 9 or any day in the week of May 16th.

Wherefore : The parties jointly move this Court to grant this continuance.

Respectfully submitted,
DOUGLAS TATRO
By his attorney                                          By the government:

  /S/ Lenore Glaser                                       /S/ Nancy Rue
Lenore Glaser, Esq.                                     Nancy Rue, Esq.
25 Kingston Street, 6th Floor                       Assistant U.S. Attorney
Boston, Ma. 02111                                       U.S. District Court
(617) 753-9988                                          1 Courthouse Way, Suite 9200
BBO #: 194220                                           Boston, MA 02210

Dated: April 5, 2005