UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOUGLAS E. TATRO,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

Civil Action No. 04-CV-11509

**JOINT MOTION FOR CONTINUANCE AND ORDER**

The parties, through counsel, hereby jointly move for a continuance of the evidentiary hearing in this matter. As grounds therefor, the parties state as follows:

1. The parties have been working cooperatively to schedule the deposition of Mr. Gleason as authorized by the Court during the conference on March 8, 2005. That deposition has twice been scheduled, but both times has had to be re-scheduled due to unexpected conflicts with court appearances, once for counsel and once for the witness.

2. Counsel for both parties have conferred with the witness, also an attorney, and the first date available for all counsel for a deposition, without rescheduling court appearances or significant pre-trial witness interviews, is May 20, 2005.

3. In order to receive the transcript of the deposition prior to the hearing, the parties jointly move to schedule the hearing more than 14 days after the May 20 deposition. In order to accommodate previously scheduled vacation dates, the parties propose that a hearing be scheduled for June 29, 2005 at 2:00 p.m.

Schedules for all counsel are also clear on June 23, June 28 (prior to 3:00 p.m.) and June 30, 2005.

Counsel are mindful that this matter should be scheduled promptly in the interests of justice, and that unreasonable delay is not acceptable and will not be tolerated by the Court. However, the parties have conferred and conclude that the proposed schedule is appropriate. The parties note that even if the Petitioner prevailed fully on all matters currently before the Court, any revised projected release date would be significantly after the hearing dates proposed.

Accordingly, for the reasons stated herein, the parties respectfully move this court for an Order continuing the hearing scheduled for May 6, 2005 to June 29, 2005 at 2:00 p.m., and ordering the deposition of Scott Gleason to take place on May 20, 2005 at 10:30 a.m. A proposed order is attached.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Nancy Rue
NANCY RUE
Assistant U.S. Attorney
9200 J. Jos. Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210
(617) 748-3260

/s/ Lenore Glaser

Lenore Glaser
25 Kingston Street, 6th Floor
Boston, MA 02111-2022
617-753-9988

Dated:   April 13, 2005

2