UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS E. TATRO,<br><br>              Petitioner,<br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>              Respondent. | Civil Action No. 04-CV-11509 |

**<u>ORDER</u>**

The parties having moved for a continuance, and good cause having been shown,

It is hereby ORDERED that Scott Gleason shall appear for deposition on May 20, 2005 at 10:30 a.m., in the John Joseph Moakley U.S. Courthouse in Boston, Massachusetts.

It is FURTHER ORDERED that the hearing in this matter shall be and is rescheduled to June 29 at 2:00 p.m.

SO ORDERED.

                                                                                                         _____
                                                                                                         Hon. Rya W. Zobel
                                                                                                          United States District Judge

Dated: _____