UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his

deputies, and to: FMC Devens

YOU ARE COMMANDED to have the body of __DOUGLAS TATRO__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 12, on the 5TH floor, Boston, Massachusetts on JULY 6, at 9:00 A.M. for the purpose of __Continued evidentiary hearing__

in the case of    DOUGLAS TATRO V. UNITED STATES OF AMERICA

CA Number    04CV11509-RWZ

     And you are to retain the body of said __DOUGLAS TATRO__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __DOUGLAS TATRO__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 30TH day of JUNE, 2005.

   s/ Rya W. Zobel
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

                                 TONY ANASTAS
                                 CLERK OF COURT
       SEAL

                               By: __s/ Lisa A. Urso__
                                  Deputy Clerk

(Habeas Writ.wpd - 12/98)                                                                                [kwhcap.] or
                                                                                                    [kwhcat.]