UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:   **FMC DEVENS**

YOU ARE COMMANDED to have the body of __**Douglas Tatro**__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __12__, on the __5th__ floor, Boston, Massachusetts on __**July 11, 2005**__, at __**9:00 A.M.**__ for the purpose of __Continued Evidentiary Hearing__

in the case of   **DOUGLAS TATRO V. UNITED STATES OF AMERICA**

CA Number   __**04CV11509-RWZ**__

And you are to retain the body of said __**DOUGLAS TATRO**__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __**DOUGLAS TATRO**__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this __**8th**__ day of __**July, 2005**__.


  /s/ Rya W. Zobel
UNITED STATES DISTRICT JUDGE

                                                        SARAH A. THORNTON
                                                        CLERK OF COURT
           SEAL

                                                        By: /s/ Karen Folan
                                                              Deputy Clerk


(Habeas Writ.wpd - 3/7/2005)