## LAW OFFICES OF LENORE GLASER
*ATTORNEY AT LAW / ABOGADA BILINGUE*

25 KINGSTON STREET
6th Floor
BOSTON, MA 02111

Tel: (617) 753-9988
Fax: (617) 338-2115
Email: lglaser@glaser-law.com

February 7, 2006

Lisa Urso, Courtroom Clerk
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   *Tatro v. United States of America*
      *Docket No.: 04-11509-RWZ*

Dear Ms. Urso :

   Enclosed please find a copy of the letter sent to Mr. Johnson for the above enumerated case.

   If you have any questions, please feel free to contact me.

Sincerely,

*Vanessa Manzi*
Vanessa Manzi
Legal Assistant of Lenore Glaser

Enc.

## LAW OFFICES OF LENORE GLASER
*ATTORNEY AT LAW / ABOGADA BILINGUE*

25 KINGSTON STREET
6th Floor
BOSTON, MA 02111

Tel: (617) 753-9988
Fax: (617) 338-2115
Email: lglaser@glaser-law.com

February 7, 2006

Jay Johnson, Docket Clerk
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   *Tatro v. United States of America*
      Docket No.: 04-11509-RWZ

Dear Mr. Johnson :

    In July, 2005, this Court held a two day evidentiary hearing on the *habeas* petition filed by Mr. Douglas Tatro. Since that time, there has been no decision from the Court. It is my understanding that such petitions are generally treated with priority, as they assert a constitutional wrong. Kindly advise me of the status of the decision .

    Thank you very much for your assistance in this matter.

Sincerely,

*Lenore Glaser (vm)*
Lenore Glaser, Esq.
LG/vm

cc:   Rue, AUSA
      Tatro
      Urso

# LAW OFFICES OF LENORE GLASER
*ATTORNEY AT LAW / ABOGADA BILINGUE*

25 KINGSTON STREET
6th Floor
BOSTON, MA 02111

Tel: (617) 753-9988
Fax: (617) 338-2115
Email: lglaser@glaser-law.com

February 7, 2006

Jay Johnson, Docket Clerk
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   <u>Tatro v. United States of America</u>
      *Docket No.: 04-11509-RWZ*

Dear Mr. Johnson :

   In July, 2005, this Court held a two day evidentiary hearing on the *habeas* petition filed by Mr. Douglas Tatro. Since that time, there has been no decision from the Court. It is my understanding that such petitions are generally treated with priority, as they assert a constitutional wrong. Kindly advise me of the status of the decision .

   Thank you very much for your assistance in this matter.

Sincerely,

*Lenore Glaser (vm)*
Lenore Glaser, Esq.
LG/vm

cc:   Rue, AUSA
      Tatro
      Urso