UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-11509-RWZ

DOUGLAS TATRO
v.
UNITED STATES OF AMERICA

**MOTION FOR INTERIM PAYMENTS TO APPOINTED COUNSEL**

The defendant, DOUGLAS TATRO, moves this Honorable Court *exparte* for an interim payment to his court appointed lawyer pursuant to § 2.30 of the regulations of the Criminal Justice Act.

In general, a court appointed counsel must wait for compensation until the entire case is finished. However, in appropriate cases, the trial judge may order interim payments. According to the regulations this is because there is an interest in relieving court appointed lawyers in extended and complex cases and maintaining the total payments to the attorney.

As grounds for this motion, most of the work of the appointed counsel is finished, other than communication with the client and the review and discussion of the decision when it is published by the court.

Respectfully Submitted,                                    Dated: <u>April 27, 2005</u>

DOUGLAS TATRO
By his attorney,

  /s/ Lenore Glaser                                        **CERTIFICATE OF SERVICE**
Lenore Glaser, Esq.                             I, Lenore Glaser, hereby certify that this document filed through the
25 Kingston Street, 6th Floor                   ECF system will be sent electronically to the registered participants as identified
Boston, MA 02111                                on the Notice of Electronic Filing (NEF) and paper copies will be sent to those
(617) 753-9988                                  indicated as non registered participants on April 27, 2006.
BBO # 194220

                                                          __/s/ Lenore Glaser_____
                                                               Lenore Glaser, Esq.