Law Office of Lenore Glaser, Esq.
One Commercial Wharf N., 2nd Fl.
Boston, MA 02110
(617)753-9988
Fax : 617 830 - 0167
Lglaser@glaser-law.com

August 29, 2006

Judge Rya W. Zobel
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   *Tatro v. United States of America*
      *Docket No.: 04-11509-RWZ*

Dear Judge Zobel :

Thirteen months ago, an evidentiary hearing was held in the *habeas* petition filed by Mr. Tatro. His original letter had languished in the First Circuit Court of Appeals until they recognized that it should be treated as a *habeas* petition, and redirected it to the District Court, with instructions to expedite the appointment of counsel.

Since that time, I have made frequent inquiries with your clerk, as to the status of the decision. However, to date, no decision has been published.

If no decision has been made by October, 2006, he will be moved to a facility in Pennsylvania , a long distance from his family. If the Court grants his motion, he would remain in Massachusetts for a re-sentencing. It is possible that he would be released .

Please make the decision at your earliest convenience.

Thank you.

Sincerely,

Lenore Glaser

Lenore Glaser, Esq.
LG/vm

cc : Nancy Rue, AUSA