UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DOUGLAS TATRO**
      Petitioner

    V.

**UNITED STATES**
      Respondent

CIVIL ACTION

NO.  04CV11509-RWZ

### ORDER OF DISMISSAL

**ZOBEL, D. J.**

    In accordance with the Court's Memorandum and Order dated  10/12/06  summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2255, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                        By the Court,

 10/12/06                                        s/ Lisa A. Urso
  Date                                             Deputy Clerk

(2254 Dismissal Order.wpd - 12/98)                                       [odism.]