UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-11509-RWZ

DOUGLAS TATRO

v.

UNITED STATES OF AMERICA

---

**NOTICE OF APPEAL**

---

Notice is hereby given that <u>DOUGLAS TATRO</u>, petitioner in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the <u>Memorandum and Decision</u> and <u>Order of Decision</u> entered in this action on October 12, 2006 by the Honorable Justice Rya W. Zobel, of the District of Massachusetts.

Respectfully Submitted,

DOUGLAS TATRO
By his attorney,

/s/ Lenore Glaser                                    Dated: <u>October 19, 2006</u>
Lenore Glaser, Esq.
One Commercial Wharf N.
2nd Floor
Boston, MA 02110
(617) 753-9988
BBO # 194220

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 19, 2006.

/s/ Lenore Glaser
Lenore Glaser, Esq.