Law Office of Lenore Glaser, Esq.
One Commercial Wharf N., 2nd Fl.
Boston, MA 02110
(617)753-9988
*Fax : 617 830 - 0167*
[Lglaser@glaser-law.com](mailto:Lglaser@glaser-law.com)

November 9, 2006

Lisa Urso, Courtroom Clerk
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**E-FILED**

    RE:    <u>*Tatro v. United States of America*</u>
    *Docket No.: 04-11509-RWZ*

Dear Ms. Urso :

    Please accept this letter as the defendant's response to the request for transcripts in his appeal of the denial of his *habeas* petition.

    The following transcripts have already been made and should be included in the record :

In 00 CR 0174 : Docket Numbers 128-138.

In 04 cv 11509 : Docket Number 24.

    A transcript form has been submitted to the Appeals Court for the Evidentiary Hearings on 6/29/05, 7/06/05, and 7/14/05.

Sincerely,

 /s/ Lenore Glaser
Lenore Glaser, Esq.
LG/vm

cc :    Nancy Rue, AUSA
       Douglas Tatro