UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-11509-RWZ

DOUGLAS TATRO
v.
UNITED STATES OF AMERICA

_____

**MOTION TO WITHDRAW**

_____

The undersigned attorney moves this Honorable Court to withdraw as counsel on the appeal in the denial of the Petition for Relief Pursuant to 18 U.S.C. § § 2254 and 2255.

The attorney was appointed in the district court. However, in civil cases, the appointment does not continue in the appeal stage. This attorney filed a Notice of Appeal and the Request for Transcript at the request of the defendant. However, appointed appellate counsel in this type of case is only available at the discretion of the First Circuit.

The defendant/petitioner has been informed of this motion and does not oppose it.

The defendant/petitioner's address is :   FCI McKean, Federal Correctional Institution, P.O. Box 8000, Bradford, PA 16701.

Respectfully Submitted,
DOUGLAS TATRO
By his attorney,

 /s/ Lenore Glaser                                              Dated: November 9, 2006
Lenore Glaser, Esq.
One Commercial Wharf N. 2nd Floor
Boston, MA 02110
(617) 753-9988
BBO # 194220

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, do certify that a true copy of this motion was served by mail to Nancy Rue, Esq. at Office of the U.S. Attorney, U.S. District Court, One Courthouse Way, Suite 9200, Boston MA 02210 and Douglas Tatro, FCI McKean, Federal Correctional Institution, P.O. Box 8000, Bradford, PA 16701 on November 9, 2006.

                                                                                /s/ Lenore Glaser
                                                                                Lenore Glaser, Esq.