UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-11509-RWZ

DOUGLAS TATRO
v.
UNITED STATES OF AMERICA

**PETITIONER'S MOTION FOR PAYMENT**

Now comes the petitioner, DOUGLAS TATRO, pursuant to 18 U.S.C. § 3006A and moves this Honorable Court for payment of the costs of the transcripts of the evidentiary hearing in the above entitled and enumerated case. The petitioner has been determined to be indigent and his situation has not changed. He presently resides at : FCI McKean, Federal Correctional Institution, P.O. Box 8000, Bradford, PA 16701.

Wherefore : the petitioner moves this Court to waive his fees.

Respectfully Submitted,
DOUGLAS TATRO
By his attorney,

 /s/ Lenore Glaser                              Dated: November 9, 2006
Lenore Glaser, Esq.
One Commercial Wharf N. 2nd Floor
Boston, MA 02110
(617) 753-9988
BBO # 194220

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, do certify that a true copy of this motion was served by mail to Nancy Rue, Esq. at Office of the U.S. Attorney, U.S. District Court, One Courthouse Way, Suite 9200, Boston MA 02210 and Douglas Tatro, FCI McKean, Federal Correctional Institution, P.O. Box 8000, Bradford, PA 16701 on November 9, 2006.

                                                 /s/ Lenore Glaser
                                                Lenore Glaser, Esq.