APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11509-RWZ

Tatro v. USA
Assigned to: Judge Rya W. Zobel
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 07/02/2004
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Douglas Tatro**   represented by   **Douglas Tatro**
#23151-038
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432
PRO SE

**Lenore Glaser**
Law Office of Lenore Glaser
65a Atlantic Ave.
2nd Floor
Boston, MA 02210
617-753-9988
Fax: 617-830-0167
Email: lglaser@glaser-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**USA**   represented by   **Michael D. Ricciuti**
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 022109-3175
617-951-9094
Fax: 617-261-3175
Email: mricciuti@klng.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Nancy Rue
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3260
Fax: 617-748-3965
Email: nancy.rue@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2004 | | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Douglas Tatro.(Johnson, Jay) (Entered: 07/07/2004) |
| 07/02/2004 | | Judge Rya W. Zobel : ORDER entered (see endorsement on # 1)SERVICE ORDER re 2255 Motion. Order entered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. "Treating this letter as a petition under 28 USC sec:2255, it is Ordered that petitioner be allowed to proceed in former pauperis and that pursuant to rule 4 of the Rules governing section 2255 proceedings the government shall file responsive pleadings by 8/2/04. Further, the request for the appointment of counsel is allowed".(Johnson, Jay) (Entered: 07/07/2004) |
| 07/02/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Johnson, Jay) (Entered: 07/07/2004) |
| 07/07/2004 | | Copie of filings sent to U.S. Attorney's Office (Michael Sullivan). Copy of endorsement on the letter (#1) sent to U.S. Court of Appeals. (Johnson, Jay) (Entered: 07/07/2004) |
| 07/15/2004 | 1 | Judge Rya W. Zobel : ORDER entered REFERRING CASE to Magistrate Judge Joyce London Alexander Referred for: appointment of counsel(Urso, Lisa) (Entered: 07/15/2004) |
| 07/19/2004 | 2 | MOTION for Extension of Time to 8/27/04 to File Response/Reply as to Motion to Vacate/Set Aside/Correct Sentence (2255) by USA.(Johnson, Jay) (Entered: 07/20/2004) |
| 07/21/2004 | | Judge Rya W. Zobel : electronic ORDER entered granting 2 Motion for Extension of Time to File Response/Reply Responses due by 8/27/2004 (Urso, Lisa) (Entered: 07/21/2004) |
| 08/10/2004 | 3 | Letter/request (non-motion) from Douglas Tatro Regarding New Appointed Counsel. (Johnson, Jay) (Entered: 08/12/2004) |

| | | |
|---|---|---|
| 08/16/2004 | 4 | MOTION for Extension of Time to 9/17/04 to respond to motion by USA.(Johnson, Jay) (Entered: 08/17/2004) |
| 08/19/2004 | | Judge Rya W. Zobel : endorsed ORDER entered granting 4 Motion for Extension of Time to 9/17/04. This is the last extension of time. (Urso, Lisa) (Entered: 08/20/2004) |
| 08/20/2004 | 5 | Letter/request (non-motion) from Douglass Tatro in Opposition to Governments Second Motion to Extend Time. (Johnson, Jay) (Entered: 08/23/2004) |
| 09/17/2004 | 6 | NOTICE of Appearance by Nancy Rue on behalf of USA (Rue, Nancy) (Entered: 09/17/2004) |
| 09/17/2004 | 7 | Response by USA *to Petition Under 2255 to Vacate, Set Aside, or Correct Sentence.* (Attachments: # 1 Exhibit 1 Letter from Attorney Gleason)(Rue, Nancy) (Entered: 09/17/2004) |
| 09/21/2004 | 8 | Letter/request (non-motion) from Douglass Tatro requesting 20 day extension and status on appointment of counsel. (Johnson, Jay) (Entered: 09/22/2004) |
| 09/30/2004 | 9 | Judge Joyce London Alexander : ORDER entered 9/30/04CJA 20: Appointment of Attorney Lenore Glaser for Douglas Tatro (Brown, Rex) (Entered: 09/30/2004) |
| 10/08/2004 | | Judge Rya W. Zobel :Electronic ORDER entered granting 20 days re 8 Letter/request (non-motion)(Urso, Lisa) Modified on 10/20/2004 (Urso, Lisa). (Entered: 10/08/2004) |
| 10/19/2004 | 10 | MOTION for Extension of Time to file responsive pleading to December 12, 2004 by Douglas Tatro.(Glaser, Lenore) Modified on 10/20/2004 (Johnson, Jay). Modified on 10/20/2004 (Johnson, Jay). (Entered: 10/19/2004) |
| 11/30/2004 | 11 | MOTION for Extension of Time to 1-14-2005 by Douglas Tatro.(Glaser, Lenore) (Entered: 11/30/2004) |
| 12/03/2004 | | Judge Rya W. Zobel : Electronic ORDER entered finding as moot 10 Motion for Extension of Time, granting 11 Motion for Extension of Time. Briefs due 1/14/05. (Urso, Lisa) (Entered: 12/03/2004) |
| 01/26/2005 | 12 | MOTION for Extension of Time to 1/31/2005 by Douglas Tatro.(Glaser, Lenore) (Entered: 01/26/2005) |
| 01/31/2005 | 13 | MOTION for Extension of Time to 2/1/2005 by Douglas Tatro.(Glaser, Lenore) (Entered: 01/31/2005) |
| 02/01/2005 | | Judge Rya W. Zobel : electronicORDER entered granting 12 Motion for Extension of Time, granting 13 Motion for Extension of Time Responses due 2/1/05. (Urso, Lisa) (Entered: 02/01/2005) |
| 02/01/2005 | 14 | AMENDED MOTION/PETITION for Writ of Habeas Corpus by Douglas Tatro.(Johnson, Jay) (Entered: 02/03/2005) |

| | | |
|---|---|---|
| 02/01/2005 | 15 | AFFIDAVIT of Douglas Tatro in Support re 14 MOTION for Writ of Habeas Corpus. (Johnson, Jay) (Entered: 02/03/2005) |
| 02/01/2005 | 16 | AFFIDAVIT of Lenore Glaser in Support re 14 MOTION for Writ of Habeas Corpus. (Johnson, Jay) (Entered: 02/03/2005) |
| 02/10/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 14 Motion for Writ of Habeas Corpus ad prosequendum. Motion to amend the petition allowed. (Urso, Lisa) (Entered: 02/11/2005) |
| 02/11/2005 | | NOTICE of Hearing:Hearing set for 3/8/2005 02:30 PM in Courtroom 12 before Judge Rya W. Zobel on the amended petition for relief under 28 USC 2255(Urso, Lisa) (Entered: 02/11/2005) |
| 03/04/2005 | 17 | Supplement to Governments Opposition re 14 MOTION for Writ of Habeas Corpus ad prosequendum filed by USA. (Rue, Nancy) Modified on 3/7/2005 (Johnson, Jay). (Entered: 03/04/2005) |
| 03/04/2005 | 18 | MOTION for Order to Rule that Attorney Client Privilege is Waived by USA.(Rue, Nancy) (Entered: 03/04/2005) |
| 03/07/2005 | | Notice of correction to docket made by Court staff. Correction: #17 "Sur-Reply to Motion corrected because: Wrong Event. The pleading is a supplement to the Governments opposition, not a sur-reply. In the future the filer should use one of the opposition events and then add supplement to the text.The clerk will correct the filing. (Johnson, Jay) (Entered: 03/07/2005) |
| 03/08/2005 | | electronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Motion Hearing held on 3/8/2005 re 14 MOTION for Writ of Habeas Corpus ad prosequendum filed by Douglas Tatro, Joint deposition of Mr. Gleason by 4.15.05; hearing on 4/21/05 at 9:00 a.m. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 03/10/2005) |
| 03/17/2005 | 19 | MOTION for Disbursement of Funds *for Court Reporter* by Douglas Tatro.(Glaser, Lenore) (Entered: 03/17/2005) |
| 03/22/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 19 Motion for Disbursement of Funds (Urso, Lisa) (Entered: 03/22/2005) |
| 03/23/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 18 Motion for Order relating to waiver of attorney client privilege (Urso, Lisa) (Entered: 03/24/2005) |
| 04/05/2005 | 20 | Joint MOTION to Continue *The Hearing Date* by Douglas Tatro.(Glaser, Lenore) (Entered: 04/05/2005) |
| 04/07/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 20 Motion to Continue hearing date. Hearing rescheduled to 5/6/05 at 2:00 p.m. (Urso, Lisa) (Entered: 04/07/2005) |
| 04/13/2005 | 21 | Joint MOTION to Continue Evidentiary Hearing to June 29, 2005 at 2:00 pm *by Petitioner Tatro and* by USA. (Attachments: # 1)(Rue, Nancy) |

| | | |
|---|---|---|
| | | (Entered: 04/13/2005) |
| 04/20/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 21 Motion to Continue. Hearing rescheduled to 6/29/05 at 2:00 p.m. (Urso, Lisa) (Entered: 04/20/2005) |
| 06/02/2005 | | NOTICE OF RESCHEDULINGHearing reset for 6/29/2005 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (instead of 2:00 p.m.) (Urso, Lisa) (Entered: 06/02/2005) |
| 06/29/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Evidentiary Hearing held on 6/29/2005. Plaintiff calls Atty. Gleason;redirct;Continued Evidentiary Hearing set for 7/6/2005 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 06/30/2005) |
| 06/30/2005 | | NOTICE of Hearing: Evidentiary Hearing set for 7/6/2005 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 06/30/2005) |
| 06/30/2005 | 22 | Writ of Habeas Corpus Issued as to Douglas Tatro for 7/6/05. (Urso, Lisa) (Entered: 06/30/2005) |
| 07/06/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Evidentiary Hearing day two held on 7/6/2005. Atty. Gleason on stand, cont cross by Goverment; exhibits admitted; #15, 16, 17, 18, 19, 20; redirect; plaintiff's witness #2 Douglas Tatro; exhibits admitted #21, 22, 23, 24, 25 & 26; Goverment cross; Goverment to resume cross on 7/11/05; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 07/14/2005) |
| 07/08/2005 | 23 | WRIT of Habeas Corpus issued for Douglas Tatro for July 11, 2005. (Folan, Karen) (Entered: 07/08/2005) |
| 07/14/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Evidentiary Hearing day three held on 7/14/2005. Government resumes its cross; exhibits admitted #27 & 28; plaintiff redirect; plaintiff witness #3 Ann Marie Tatro; cross; redirect; recross; plaintiff rests; Goverment witness #1 Michael Ricciuti; cross; witness #2 Thomas Gleason; witness #3 William Boland; direct; exhibit #29 admitted; cross; redirect; Goverment rests; no rebuttal; Closing arguments completed. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 07/14/2005) |
| 07/19/2005 | 24 | TRANSCRIPT of Evidentiary Hearing (Sworn Testimony of Douglas Tatro) held on July 6, 2005 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/19/2005) |
| 02/09/2006 | 25 | Letter/request (non-motion) from Lenore Glaser's Office w/attachments regarding status of petition of Douglass Tatro. (Johnson, Jay) (Entered: |

| | | |
|---|---|---|
| | | 02/10/2006) |
| 04/28/2006 | 26 | MOTION for Attorney Fees *Interim Payments to Appointed Counsel* by Douglas Tatro.(Glaser, Lenore) (Entered: 04/28/2006) |
| 05/03/2006 | | Judge Rya W. Zobel : endorsedORDER entered granting 26 Motion for Attorney Fees (Urso, Lisa) (Entered: 05/03/2006) |
| 05/16/2006 | 27 | *Change of Address* Letter/request (non-motion). (Glaser, Lenore) (Entered: 05/16/2006) |
| 09/06/2006 | 28 | Letter/request (non-motion) from Lenore Glaser regarding status of habeas petition. (Johnson, Jay) (Entered: 09/06/2006) |
| 10/12/2006 | 29 | Judge Rya W. Zobel : ORDER entered. MEMORANDUM OF DECISION: Accordinly, the petition for a writ of habeas corpus is denied.(Urso, Lisa) (Entered: 10/12/2006) |
| 10/12/2006 | 30 | Judge Rya W. Zobel : ORDER entered. JUDGMENT entered dismissed the petition (Urso, Lisa) (Entered: 10/12/2006) |
| 10/19/2006 | 31 | NOTICE OF APPEAL by Douglas Tatro. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/8/2006. (Glaser, Lenore) (Entered: 10/19/2006) |