UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04-11509-RWZ

DOUGLAS TATRO

v.

UNITED STATES OF AMERICA

<u>ORDER ON MOTION FOR CERTIFICATE OF APPEALABILITY</u>

January 23, 2007

ZOBEL, D.J.

A jury found Douglas Tatro guilty of conspiracy to distribute more than 100 kilograms of marijuana.  On appeal the judgment was affirmed.  Mr. Tatro subsequently submitted a document which this court interpreted as a petition for a writ of habeas corpus under 28 U.S.C. § 2255 in which he seeks relief for ineffective assistance of counsel.  The court appointed counsel to prosecute the motion and held an evidentiary hearing.  Petitioner's trial counsel, petitioner and his wife testified, as did Michael D. Ricciuti, the prosecutor.

The question for decision was whether trial counsel had advised petitioner of the result of plea negotiations and counseled him about a plea, as well as, sentencing options and likely outcomes.   Petitioner and his trial counsel gave distinctly different versions of their relationship, counsel's advice, and preparation and conduct.  I denied the petition because I found that counsel was credible, and because I did not credit petitioner's testimony. (Document # 29).

Petitioner now seeks a certificate of appealability. He asserts error in the determination of counsel's credibility and cites inconsistencies in his testimony and events at the trial and sentencing. He should be able to so argue to a court not involved in either the trial or the post trial evidentiary proceeding.

Accordingly, the motion for a certificate of appealability is granted.

|  |  |
|---|---|
| January 23, 2007 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |