04-11509 RWZ *do it again*

FILED
IN CLERKS OFFICE

2007 FEB 23  P 4:38

U.S. DISTRICT COURT
DISTRICT OF MASS

ATTN LISA URSO
UNITED STATES COURTHOUSE
DISTRICT OF MASSACHUSETTS
ONE COURTHOUSE WAY
BOSTON MA 02210

Dear Ms. Urso,

   Today is Tuesday the 13th of February. I spoke to you last week about mailing me a copy of Judge Zobel's decision to grant me a certificate of accountabilty on her denial decision of my §2255. I have not received it as of yet. You said you were going to put it in the mail the day I talked to you. The Circuit Court has only gave me till March 19, 2007 to answer to my appeal. I can not proceed because I have know idea on what grounds Judge Zobel has granted the Certificate of Appealability. Please rush me a copy of her decision to the address below,

                                         Thank You,

                                         Douglas E Tatro

Douglas E. Tatro
23151-038 Unit E02-116L
FCI McKean Camp
PO Box 8000
Bradford PA 16701